No. 73–5266. IMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5267. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5268. JOHNSON v. DAILEY. C. A. 8th Cir. Certiorari denied.

No. 73–5270. CLAY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5271. TAYLOR ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5274. TYRA ET AL. v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5275. GRECO v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–5276. SELLERS v. VANCE, DISTRICT ATTORNEY OF HARRIS COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5277. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5279. EVANS v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–5281. BLOETH v. MONTANYE, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 73–5285. GRANATO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.